UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-8140-CR-Hurley
11-60003-TP-Hurley

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TYRONE  DUNNAWAY,

Defendant.      /



FILED by_____D.C.

JUN 0 2 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on June 1, 2011, for a final hearing on alleged

violations of supervised release. The defendant is charged with violations of his supervised release:

1.   Violation of Standard Condition, by failing to follow the instructions of the

probation officer. Beginning on August 28, 2009, and thereafter, the defendant

failed to stay away from Lisa Butler, as directed.

2.   Violation of Standard Condition, by failing to truthfully answer all inquiries by

the probation officer. On or about November 21, 2009, and September 10, 2009,

the defendant failed to notify the probation officer he was residing with Lisa

Butler's daughter while reporting the occupant was his cousin.

3.      Violation of Special Condition, by failing to participate in the Residential Reentry Center. On or about April 7, 2011, the defendant was unsuccessfully discharged from the Residential Reentry Center for failing to abide by program rules and regulations, and was late on twenty (20) occasions from work or other movement locations.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violations of his supervised release.   Based upon this finding, this Court recommends to the District Court that TYRONE DUNNAWAY be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 2nd day of June, 2011.

**LINNEA R. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

c:      The Honorable Daniel T.K. Hurley
        Robert Waters, Jr., AUSA
        Dave Lee Brannon, AFPD
        Jeffrey Feldman, USPO